

# Fourth Court of Appeals
## San Antonio, Texas

January 15, 2020

No. 04-19-00891-CV

**WEBB COUNTY**,
Appellant

v.

Juan C. Garcia **LINO**, Individually and as Representative of the Estates of Suleika R. Fonseca
Saldivar, Deceased, and Alessandra Juliette Garcia, Deceased,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2017CVA000356D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

# O R D E R

Because the notice of appeal did not show it was served on each court reporter responsible for preparing the reporter's record, *contra* TEX. CIV. PRAC. & REM. CODE ANN. § 51.017(a), on January 13, 2020, we ordered Appellant to file an amended notice of appeal certifying proper service on the responsible court reporter(s). Appellant timely complied; our January 13, 2020 order is SATISFIED.

The reporter's record is due on January 16, 2020.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of January, 2020.

_____
Michael A. Cruz,
Clerk of Court